**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re: TRACY D MOORE　　　　　　　　　　　　　Case No.: 06-10199

　　　　　Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 08/21/2006.

　　2)　The case was confirmed on 10/16/2006.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 12/06/2007, 11/06/2008, 11/13/2008.

　　5)　The case was dismissed on 12/22/2008.

　　6)　Number of months from filing to the last payment: 27

　　7)　Number of months case was pending: 32

　　8)　Total value of assets abandoned by court order: NA

　　9)　Total value of assets exempted: $    2,400.00

　　10)　Amount of unsecured claims discharged without payment $    .00

　　11)　All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 4,723.22 |
| Less amount refunded to debtor | $ 184.62 |
| **NET RECEIPTS** | $ 4,538.60 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 298.83 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,798.83 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CREDIT ACCEPTANCE CO | SECURED | 1,725.00 | 1,631.99 | 1,500.00 | 930.16 | 170.08 |
| CREDIT ACCEPTANCE CO | UNSECURED | 1,725.00 | .00 | 131.99 | 13.20 | .00 |
| CINGULAR | UNSECURED | 1,305.00 | NA | NA | .00 | .00 |
| AIG VALIC | UNSECURED | 4,553.86 | NA | NA | .00 | .00 |
| KMART | UNSECURED | 296.00 | NA | NA | .00 | .00 |
| AMEX | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 349.00 | 336.84 | 336.84 | 33.68 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 152.00 | NA | NA | .00 | .00 |
| BEDFORD FAIR APPAREL | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CATHERINE TAPE REPOR | UNSECURED | 599.00 | NA | NA | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| ULTRA FOODS LANSING | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 2,553.00 | NA | NA | .00 | .00 |
| CONSECO FINANCE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 152.00 | 144.53 | 144.53 | 14.45 | .00 |
| GEMB/JC PENNEY | UNSECURED | 569.00 | NA | NA | .00 | .00 |
| ROSELAND COMMUNITY H | UNSECURED | 360.00 | NA | NA | .00 | .00 |
| HSBC NV | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| HSBC/CARSONS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ICS | UNSECURED | 288.30 | NA | NA | .00 | .00 |
| NEWPORT NEWS INC | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 2,070.00 | 2,070.14 | 2,070.14 | 207.01 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

```
=============================================================================
 Scheduled Creditors:

 Creditor                      Claim           Claim          Claim        Principal        Int.
   Name            Class      Scheduled       Asserted       Allowed         Paid          Paid

 MIDLAND CREDIT SERV  UNSECURED    100.00          NA             NA            .00          .00
 MIDNIGHT VELVET      UNSECURED    249.00       249.62         249.62         24.96          .00
 NGBL CARSONS         UNSECURED    100.00          NA             NA            .00          .00
 NCO FIN/22           UNSECURED  3,217.00          NA             NA            .00          .00
 TCF BANK             UNSECURED    104.00          NA             NA            .00          .00
 PROVIDIAN            UNSECURED    100.00          NA             NA            .00          .00
 RNB-FIELDS3          UNSECURED    100.00          NA             NA            .00          .00
 ROGERS & HOLLAND     UNSECURED    100.00          NA             NA            .00          .00
 CINGULAR WIRELESS    UNSECURED  1,339.00          NA             NA            .00          .00
 TCF BANK             UNSECURED    800.00          NA             NA            .00          .00
 WFNNB/BRYLHM         UNSECURED    100.00          NA             NA            .00          .00
 ROUNDUP FUNDING LLC  UNSECURED        NA       400.00         400.00         40.00          .00
 SOUTHWEST HOSPITALS  UNSECURED    362.00       362.00         362.00         36.20          .00
 ROBERT J SEMRAD & AS PRIORITY        .00          .00          10.00         10.00          .00
 B-REAL/NCO PORTFOLIO UNSECURED        NA     2,600.27       2,600.27        260.03          .00
=============================================================================
```

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 1,500.00 | 930.16 | 170.08 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 1,500.00 | 930.16 | 170.08 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 10.00 | 10.00 | .00 |
| **TOTAL PRIORITY:** | 10.00 | 10.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 6,295.39 | 629.53 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,798.83 |
| Disbursements to Creditors | $ | 1,739.77 |
| **TOTAL DISBURSEMENTS:** | $ | 4,538.60 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    04/16/2009                           /s/ Tom Vaughn
                                                Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**